THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

| | |
|---|---|
| **PARUS HOLDINGS, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**MICROSOFT CORP.**<br><br>Defendant. | Case No. 2:22-cv-01700-JLR<br><br>**STIPULATED MOTION TO DISMISS AND ORDER OF DISMISSAL**<br><br>NOTE ON MOTION CALENDAR:<br>**January 31, 2023** |

WHEREAS, Plaintiff Parus Holdings, Inc. ("Plaintiff") and Defendant Microsoft Corporation ("Defendant") have resolved Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, under LCR 7(d)(1) and 10(g), Plaintiff and Defendant, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

STIPULATED MOTION TO DISMISS
Case No. 2:22-cv-01700-JLR

TOUSLEY BRIAN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

| | |
|---|---|
| Date: February 1, 2023 | Respectfully submitted, |

/s/ *John B. Campbell*
Kaleigh N. Boyd
kboyd@tousley.com
Tousley Brian Stephens PLLC
1200 Fifth Avenue, Ste 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Casey L. Shomaker (*pro hac vice*)
cshomaker@mckoolsmith.com
**MCKOOL SMITH, P.C.**
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: (214) 978-4000
Facsimile: (244)978-4044

*Attorney for Plaintiff*
*PARUS HOLDINGS, INC.*

/s/ *Matthew D. Clark*
Matthew D. Clark, WSBA No. 39514
FAEGRE DRINKER BIDDLE & REATH LLP
1470 Walnut Street, Suite 300
Boulder, CO 80302
Phone:  (303) 447-7727
Fax:     (303) 447-7800
Email: matthew.clark@faegredrinker.com

**Agent for Service:**
CT Corporation
Service Agent for Matthew D. Clark
520 Pike St, Suite 985
**Seattle, WA 98101-1366**

STIPULATED MOTION TO DISMISS
Case No. 2:22-cv-01700-JLR

TOUSLEY BRIAN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

**ORDER**

The Court having reviewed the above Stipulated Motion and being of the opinion that the parties' request for dismissal should be granted, the Court hereby grants the motion, and it is hereby ORDERED:

Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated this 1st day of February, 2023.

_____
The Honorable James L. Robart
United States District Judge

Presented by:

/s/ John B. Campbell
Kaleigh N. Boyd
kboyd@tousley.com
Tousley Brian Stephens PLLC
1200 Fifth Avenue, Ste 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

John B. Campbell (*pro hac vice*)
jcampbell@mckoolsmith.com
**MCKOOL SMITH, P.C.**
303 Colorado Street, Suite 2100

/s/ Matthew D. Clark
Matthew D. Clark, WSBA No. 39514
FAEGRE DRINKER BIDDLE & REATH LLP
1470 Walnut Street, Suite 300
Boulder, CO 80302
Phone:  (303) 447-7727
Fax:     (303) 447-7800
Email: matthew.clark@faegredrinker.com

**Agent for Service:**
CT Corporation
Service Agent for Matthew D. Clark
520 Pike St, Suite 985
**Seattle, WA 98101-1366**

STIPULATED MOTION TO DISMISS
Case No. 2:22-cv-01700-JLR

TOUSLEY BRIAN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Telephone: (206) 682-5600
Facsimile: (206) 682-2992

1 | Austin, Texas 78701
Telephone: (512) 692-8700
2 | Facsimile: (512) 692-8744

3 | Casey L. Shomaker (*pro hac vice*)
cshomaker@mckoolsmith.com
4 | **MCKOOL SMITH, P.C.**
5 | 300 Crescent Court, Suite 1500
Dallas, TX 75201
6 | Telephone: (214) 978-4000
7 | Facsimile: (244)978-4044

8 | *Attorney for Plaintiff*
9 | *PARUS HOLDINGS, INC.*

| | |
|---|---|
| STIPULATED MOTION TO DISMISS | TOUSLEY BRIAN STEPHENS PLLC |
| Case No. 2:22-cv-01700-JLR | 1200 Fifth Avenue, Suite 1700 |
| | Seattle, WA 98101-3147 |
| | Telephone: (206) 682-5600 |
| | Facsimile: (206) 682-2992 |